# HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

June 21, 2011

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

.

### Re:  United States v. John Rossano
### 11-CR-30

### Response to Proposed Order

Dear Judge Matsumoto,

On January 20, 2011, I was appointed by CJA to represent Mr. Rossano; Counsel has no objection to the proposed order of Alana Segal, of Liberty Bell Law, to appear as attorney of record for John Rossano.

I received a telephone call from my client informing me that he had retained Ms. Segal as his attorney.  On June 13, 2011, Ms. Segal filed a Notice of Appearance; after receiving the notice, I mailed the file to her office.  I request that I be relieved as Mr. Rossano's attorney.

Sincerely

Michael Hurwitz

MH:aw