

# LibertyBell Law Group

245 E. Olive Avenue, 4th Floor, Burbank, CA 91502
Telephone: 818.563.BELL (2355) Facsimile: 818.748.1515
LibertyBellLawGroup.com

September 1, 2011

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

    Re:    United States v. Andrew Russo, et.
             Case No. 1:11-CR-0030

Dear Judge Matsumoto:

Please let this letter serve as notice that the parties have agreed to continue the dates for the Sentencing Memorandum and Opposition to Sentencing Memorandum with this Court, as follows:

1. Defendant will file its Sentencing Memorandum on January 11, 2012.
2. United States Attorney's Office will file its Opposition to Sentencing Memorandum by January 20, 2012.

Thank you for your consideration of this matter.

Respectfully Submitted,

ALANA SEGAL, Esq.
Liberty Bell Law Group
Attorneys for Defendant
John Rossano